# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHRISTIAN BUENO | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | NO. 16-4468 |
| MICHAEL OVERMYER, *et al.* | : | |

## ORDER

**AND NOW**, this 31st day of October 2019, upon careful and independent consideration of the Petition for a writ of *habeas corpus* (ECF Doc. No. 1), Response to the Petition (ECF Doc. No. 28), Judge Lloret's August 26, 2019 Report and Recommendation (ECF Doc. No. 29), Petitioner's Objections (ECF Doc. No. 33), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Judge Lloret's comprehensive August 26, 2019 Report and Recommendation (ECF Doc. No. 29) is **APPROVED**;

2. We **DENY** and **DISMISS** the Petition for writ of *habeas corpus* (ECF Doc. No. 1) with prejudice;

3. There is no probable cause to issue a certificate of appealability;[1] and,

4. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).